# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Zouhary, Jack | District Court, Northern District of Ohio | 1/8/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge / Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court
1716 Spielbusch Avenue
Toledo, OH 43604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed arbitrator / mediator |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Trial Lawyers | 3/29 - 3/31/19 | San Antonio, TX | National Trial Competition | Hotel, meals |
| 2. | University of Denver | 4/25 - 4/26/2019 | Denver, CO | IAALS Board Meeting | Hotel, ground transportation, meals |
| 3. | SEAK, Inc. | 4/27 - 4/29/2019 | Tampa, FL | SEAK Conference | Airfare, hotel, ground transportation |
| 4. | University of Denver | 10/28 -10/30/2019 | Denver, CO | IAALS Board Retreat | Hotel, ground transportation, meals |
| 5. | Ohio State Bar Association | 11/20/2019 | Columbus, OH | ACTL / OSBA Speaker (Winning at Trial) | Mileage |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 1/8/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Trust #1 (H) | | | | | | | | | |
| 2.  - Boeing* | A | Dividend | K | T | | | | | |
| 3.  - Deere & Co* | A | Dividend | K | T | | | | | |
| 4.  - General Electric* | C | Dividend | K | T | | | | | |
| 5.  - Pepsico* | A | Dividend | K | T | | | | | |
| 6.  - US Bancorp Delaware New* | A | Dividend | J | T | | | | | |
| 7.  - Abbott Labs* | A | Dividend | K | T | | | | | |
| 8.  - Atmos Energy* | B | Dividend | M | T | | | | | |
| 9.  - BP PLC* | B | Dividend | L | T | | | | | |
| 10.  - Cardinal Health Inc Ohio * | A | Dividend | L | T | | | | | |
| 11.  - Coca Cola* | A | Dividend | L | T | | | | | |
| 12.  - HSBC Holding* | A | Dividend | J | T | | | | | |
| 13.  - Key Corp* | A | Dividend | L | T | | | | | |
| 14.  - McDonald's* | D | Dividend | N | T | | | | | |
| 15.  - Royal Dutch Shell* | C | Dividend | K | T | | | | | |
| 16.  - Colgate Palmolive* | A | Dividend | K | T | | | | | |
| 17.  - Healthpeak Properties, Inc., fka HCP, Inc. * | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Sprint Nextel* | | None | J | T | | | | | |
| 19.  - Wisconsin Energy* | B | Dividend | L | T | | | | | |
| 20.  - Amgen* | A | Dividend | K | T | | | | | |
| 21.  - Verizon Communications* | B | Dividend | K | T | | | | | |
| 22.  - Merrill Lynch Money Market Account (cash equivalent) | B | Interest | M | T | | | | | |
| 23.  - Key Bank Cash Accounts (cash equivalent) | C | Interest | O | T | | | | | |
| 24.  - Nationwide-AXOS (Accouns), fka Nationwide Bank | D | Interest | | | Redeemed | 02/06/19 | J | | |
| 25.  - Butler County Ohio Hospital Facilities Revenue Bond | A | Interest | K | T | | | | | |
| 26.  - PPG | A | Dividend | K | T | | | | | |
| 27.  - Q Com | A | Dividend | K | T | | | | | |
| 28.  - VGT | A | Dividend | L | T | | | | | |
| 29.  - VWO | A | Dividend | K | T | | | | | |
| 30.  - Apple | A | Dividend | L | T | | | | | |
| 31.  - NBH | A | Dividend | J | T | | | | | |
| 32.  - Greene County Hosp. (Bond) | A | Interest | | | Redeemed | 04/01/19 | K | | |
| 33.  - Diageo | A | Dividend | J | T | | | | | |
| 34.  - Philip Morris | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Gabelli Utilities Fund | B | Dividend | K | T | | | | | |
| 36.  - First Trust High Income | A | Dividend | J | T | | | | | |
| 37.  - VOYA Infrastructure | A | Dividend | J | T | | | | | |
| 38.  - SPDR Nuveen S&P High | A | Dividend | J | T | | | | | |
| 39.  - Philips 66 | A | Dividend | J | T | | | | | |
| 40.  - Apollo Investment (AIY) | A | Dividend | | | Sold | 08/12/19 | J | A | |
| 41.  - Abbvie (ABBV) | A | Dividend | K | T | | | | | |
| 42.  - Glaxo Smith | A | Dividend | J | T | | | | | |
| 43.  - Hamilton County Ohio Economic Development Bond | A | Interest | L | T | | | | | |
| 44.  - Becton Dickinson | A | Dividend | J | T | | | | | |
| 45.  - IDV | A | Dividend | J | T | | | | | |
| 46.  - Blackrock Liquidity Money Market Fund (cash equivalent) | B | Int./Div. | N | T | Buy | 11/15/19 | N | | |
| 47.  - Citizens Bank Cash Accounts (cash equivalent) | C | Int./Div. | M | T | Buy | 02/21/19 | M | | |
| 48.  - WABTEC | A | Dividend | J | T | Spinoff (from line 4) | 02/28/19 | J | | |
| 49.  - Synchrony Bank Cash Accounts (cash equivalent) | D | Interest | N | T | Buy | 04/30/19 | N | | |
| 50.  - Cedar Fair | D | Dividend | K | T | | | | | |
| 51.  - Invesco Loan ETF (BKLN) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   IRA #1 (H) | | | | | | | | | |
| 53.   - Thomas McDonald Money Market Fund (RBC Capital) (cash equivalent) | A | Dividend | J | T | | | | | |
| 54.   - Black Creek Diversified | A | Dividend | K | T | | | | | |
| 55.   IRA #2 (H) | | | | | | | | | |
| 56.   - DFEOX | A | Dividend | L | T | | | | | |
| 57.   - DFITX | A | Dividend | K | T | | | | | |
| 58.   - DFREX | A | Dividend | K | T | | | | | |
| 59.   - DFALX | A | Dividend | K | T | | | | | |
| 60.   - Schwab Value Advantage Money Fund (cash equivalent) | A | Interest | K | T | | | | | |
| 61.   - DFQTX | A | Dividend | K | T | | | | | |
| 62.   - DFIEX | A | Dividend | K | T | | | | | |
| 63.   IRA #3 (H) | | | | | | | | | |
| 64.   - Morgan Stanley & Co. | D | Int./Div. | P1 | T | | | | | |
| 65.   - Microsoft (MSFT)* | D | Dividend | N | T | | | | | |
| 66.   IRA #4 (H) | | | | | | | | | |
| 67.   - Blackrock Build America (BBN) | A | Dividend | J | T | | | | | |
| 68.   - Spider China ETF (GXC) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  - Vanguard Total Market EFT (VTI) | A | Dividend | K | T | | | | | |
| 70.  - Dodge & Cox Income (DODIX) | A | Dividend | K | T | | | | | |
| 71.  - Vanguard High Dividend (VYM) | A | Dividend | K | T | | | | | |
| 72.  - First Trust High Income (FSD) | A | Dividend | J | T | | | | | |
| 73.  - Vanguard Money Market Funds (Prime, Federal) (cash equivlalent) | A | Interest | L | T | | | | | |
| 74.  - Vanguard High Yield Corp (VWEHX) | A | Dividend | J | T | | | | | |
| 75.  - SPDR Int Div (DWX) | A | Dividend | J | T | | | | | |
| 76.  - Tortoise Energy (NDP) | B | Dividend | J | T | | | | | |
| 77.  - Pennsylvania Mutual (PENNX) | A | Dividend | K | T | | | | | |
| 78.  - Annaly Capital (NLY) | A | Dividend | J | T | | | | | |
| 79.  - Apollo Investment (AIY) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 80.  - Verizon (VZ) | A | Dividend | J | T | | | | | |
| 81.  - Vodafone (VOD) | B | Dividend | K | T | | | | | |
| 82.  - Gateway (GATEX) | A | Dividend | K | T | | | | | |
| 83.  - I Shares Russell Midcap (IWS) | A | Dividend | J | T | | | | | |
| 84.  - Blackstone (BX) | B | Dividend | K | T | | | | | |
| 85.  - GSMLP Energy (GER) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  - JP Morgan Equity (HLIEX) | B | Dividend | L | T | | | | | |
| 87.  - Henderson European Focus (HFEAX) | A | Dividend | K | T | | | | | |
| 88.  - Gabelli Utilities Fund (GAUIX) | C | Dividend | K | T | | | | | |
| 89.  - VWO | A | Dividend | K | T | | | | | |
| 90.  - VGK | A | Dividend | J | T | | | | | |
| 91.  - IDV | A | Dividend | J | T | | | | | |
| 92.  - CVX | A | Dividend | K | T | | | | | |
| 93.  - EWZ | A | Dividend | J | T | | | | | |
| 94.  - Oppenheimer International (OIBAX) | A | Dividend | J | T | | | | | |
| 95.  - Growth Fund of America (GFAFX) | A | Dividend | K | T | | | | | |
| 96.  - DFE | A | Dividend | J | T | | | | | |
| 97.  - DXJ | A | Dividend | J | T | | | | | |
| 98.  - Key Cash Accounts (cash equivalent) | A | Interest | K | T | | | | | |
| 99.  - AT&T (T) | A | Dividend | | | Sold | 09/10/19 | J | | |
| 100.  - General Electric (GE) | A | Dividend | J | T | | | | | |
| 101.  - Mattel (MAT) | | Dividend | J | T | | | | | |
| 102.  - Molson (TAP) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Zouhary, Jack** | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.   - Vanguard Total Bond (BND) | A | Dividend | J | T | | | | | |
| 104.   - Gilead Science (GILD) | A | Dividend | J | T | | | | | |
| 105.   - DSL | A | Dividend | J | T | Buy | 11/21/19 | J | | |
| 106.   IRA #5 (H) | | | | | | | | | |
| 107.   - Tortoise Energy (NDP) | B | Dividend | K | T | | | | | |
| 108.   - VOYA Infrastructure | B | Dividend | K | T | | | | | |
| 109.   - Vanguard Money Market Funds (Federal, Prime) (cash equivalent) | A | Interest | K | T | | | | | |
| 110.   - Apollo Investment (AIY) | A | Dividend | | | Sold | 08/08/19 | J | A | |
| 111.   - Ares Capital (ARCC) | B | Dividend | K | T | | | | | |
| 112.   - OXY | A | Dividend | J | T | | | | | |
| 113.   - Medtronics | A | Dividend | K | T | | | | | |
| 114.   - Hanes (HBI) | A | Dividend | J | T | | | | | |
| 115.   - Steinmart (SMRT) | A | Dividend | J | T | | | | | |
| 116.   - I Shares S&P (PFF) | B | Dividend | K | T | | | | | |
| 117.   - Gabelli Utilities (GAUIX) | C | Dividend | K | T | | | | | |
| 118.   - First Trust High Income (FSD) | A | Dividend | J | T | | | | | |
| 119.   - VXUS | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Zouhary, Jack** | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Covanta (CVA) | A | Dividend | J | T | | | | | |
| 121.  - VYM | A | Dividend | J | T | | | | | |
| 122.  John Hancock Venture Variable Rate Annuity (H) | | | | | | | | | |
| 123.  - Jennison Associates - Capital Appreciation | | None | L | T | | | | | |
| 124.  - Manulife Investment Management - Fundamental Large Cap Value | | None | K | T | | | | | |
| 125.  - Manulife Investment Management - Total Stock Market Index | | None | K | T | | | | | |
| 126.  - T. Rowe Price Associates - Blue Chip Growth | | None | L | T | | | | | |
| 127.  - T Rowe Price Associates - Science & Technology | | None | L | T | | | | | |
| 128.  - Templeton Global Advisors - Global | | None | K | T | | | | | |
| 129.  - Western Asset Management (WAMCO) - High Yield | | None | K | T | | | | | |
| 130.  Reliastar Whole Life (Insurance), nka Voya | A | Interest | K | T | | | | | |
| 131.  Citigroup (C)* | A | Dividend | J | T | | | | | |
| 132.  Coca Cola European (CCE)* | A | Dividend | K | T | | | | | |
| 133.  Walt Disney Company (DIS)* | A | Dividend | K | T | | | | | |
| 134.  FFD Financial (FFDF)* | A | Dividend | K | T | | | | | |
| 135.  Motorola Solutions (MSI) | A | Dividend | K | T | | | | | |
| 136.  Occidental Petroleum (OXY)* | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. RPM International (RPM)* | A | Dividend | J | T | | | | | |
| 138. Old National Bank (ONB) | A | Dividend | J | T | | | | | |
| 139. US Bancorp (USB)* | A | Dividend | J | T | | | | | |
| 140. Huntington* | A | Dividend | J | T | | | | | |
| 141. Merrill Lynch-Bank of America Money Market Accounts (cash equivalent) | B | Interest | M | T | | | | | |
| 142. Amgen (AMGN)* | | None | K | T | | | | | |
| 143. Applied Material (AMAT)* | A | Dividend | K | T | | | | | |
| 144. Ares Capital (ARCC)* | B | Dividend | J | T | | | | | |
| 145. AT&T (T)* | A | Dividend | K | T | | | | | |
| 146. Bristol-Myers Squibb (BMY)* | A | Dividend | K | T | | | | | |
| 147. Coca Cola (KO)* | B | Dividend | K | T | | | | | |
| 148. Conagra Foods (CAG)* | A | Dividend | K | T | | | | | |
| 149. Eli Lilly (LLY)* | A | Dividend | K | T | | | | | |
| 150. Intel (INTL)* | A | Dividend | K | T | | | | | |
| 151. KeyCorp (KEY)* | A | Dividend | J | T | | | | | |
| 152. Marathon Oil (MRO)* | A | Dividend | J | T | | | | | |
| 153. Marathon Petroleum (MPC) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Sony (SNE)* | A | Dividend | K | T | | | | | |
| 155. Verizon Communications (VZ)* | A | Dividend | K | T | | | | | |
| 156. Zimmer Holdings (ZMH)* | | None | J | T | | | | | |
| 157. Blackrock Mun Intermediate Fund (MUI) | A | Interest | | | Sold | 01/24/19 | J | | |
| 158. Viacom cbs, fka CBS (CBSA)* | A | Dividend | J | T | | | | | |
| 159. Goldman Sachs (GSMYX) | | None | K | T | | | | | |
| 160. Loomis Sayles (NEFZX) | A | Interest | K | T | | | | | |
| 161. Merck (MRK)* | A | Dividend | K | T | | | | | |
| 162. Legg Mason Municipal High Fund (LMHIX) | A | Dividend | K | T | | | | | |
| 163. Pfizer (PFE) | A | Dividend | K | T | | | | | |
| 164. Key Bank Cash Accounts (cash equivalent) | B | Interest | N | T | | | | | |
| 165. SB Financial Group | A | Dividend | J | T | | | | | |
| 166. DTE Energy* | A | Dividend | K | T | | | | | |
| 167. Nationwide-AXOS Cash Accounts | C | Interest | M | T | | | | | |
| 168. Butler County Ohio Hospital Facilities Revenue Bond | C | Interest | L | T | | | | | |
| 169. Henderson International (HFOAX) Fund | A | Dividend | | | Sold | 12/31/19 | K | A | |
| 170. IXJ | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. VGT | A | Dividend | K | T | | | | | |
| 172. VEU | A | Dividend | J | T | | | | | |
| 173. Vanguard Money Market Funds (Federal, Prime, Municipal) (cash equiv) | A | Interest | N | T | | | | | |
| 174. VOHIX | C | Interest | L | T | | | | | |
| 175. DFA US Core Equity (DFQTX) | C | Dividend | N | T | | | | | |
| 176. DFA International Core (DFIEX) | B | Dividend | L | T | | | | | |
| 177. DFA Emerging (DFCEX) | B | Dividend | K | T | | | | | |
| 178. Greene County Ohio Hos. (Bonds) | B | Interest | | | Redeemed | 04/01/19 | L | A | |
| 179. ATOIX | A | Dividend | J | T | | | | | |
| 180. XLP | A | Dividend | K | T | | | | | |
| 181. Dexcom (DXCM) | | None | K | T | | | | | |
| 182. VFSTX | A | Dividend | J | T | | | | | |
| 183. Cisco (CISCO) | A | Dividend | K | T | | | | | |
| 184. Energy Sector Spdr. (XLE) | A | Dividend | J | T | | | | | |
| 185. Kimberly Clark (KMB) | A | Dividend | K | T | | | | | |
| 186. Kroger (KR) | A | Dividend | K | T | | | | | |
| 187. Qualcomm (QCOM) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Zouhary, Jack** | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  Exelon (EXC) | A | Dividend | J | T | | | | | |
| 189.  Abbott (ABT) | A | Dividend | J | T | | | | | |
| 190.  Community Trust Bank (CTBI) | A | Dividend | J | T | | | | | |
| 191.  Proctor Gamble (PG) | B | Dividend | L | T | | | | | |
| 192.  First Trust (FSD) | A | Dividend | | | Sold | 12/31/19 | J | | |
| 193.  Abbvie (ABBV) | A | Dividend | K | T | | | | | |
| 194.  Apple (AAPL) | A | Dividend | L | T | | | | | |
| 195.  Citrix (CTXS) | | None | K | T | | | | | |
| 196.  Rio Tinto (RIO) | A | Dividend | K | T | | | | | |
| 197.  Suncor (SU) | A | Dividend | K | T | | | | | |
| 198.  Vanguard High Dividend (VYM) | A | Dividend | K | T | | | | | |
| 199.  Avanos (AVNS), fka Halyard | | None | J | T | | | | | |
| 200.  Amazon (AMZN) | | None | L | T | | | | | |
| 201.  EBay (EBAY) | | None | J | T | | | | | |
| 202.  Zoetis (ZTS) | A | Dividend | K | T | | | | | |
| 203.  Vanguard Total Int. (VXUS) | A | Dividend | J | T | | | | | |
| 204.  I Share Japan (EWJ) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zouhary, Jack | 1/8/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Invesco Loan EFT, fka Power Shares Exchange (BKLN) | A | Dividend | J | T | | | | | |
| 206. Walmart | A | Dividend | J | T | | | | | |
| 207. Prudential Financial (PRU) | A | Dividend | J | T | | | | | |
| 208. Baxter (BAX) | A | Dividend | J | T | | | | | |
| 209. PayPal (PYPL) | | None | J | T | | | | | |
| 210. Synchrony Bank Cash Accounts (cash equivalent) | D | Interest | N | T | | | | | |
| 211. Hamilton County Ohio Economic Devevlopment Bond | A | Interest | K | T | | | | | |
| 212. Black Creek Diversified | B | Dividend | J | T | | | | | |
| 213. Lamb Weston | A | Dividend | J | T | | | | | |
| 214. Market Vector Short (SHYD) | A | Interest | J | T | | | | | |
| 215. Bowling Green State University Ohio Revenue Bond | A | Interest | K | T | | | | | |
| 216. Greenon, Ohio Local School District Bond | A | Interest | J | T | | | | | |
| 217. Connecticut Go. (Bond) | A | Interest | K | T | | | | | |
| 218. Logmein | A | Dividend | J | T | | | | | |
| 219. Ohio State Hospital Bond | A | Interest | J | T | | | | | |
| 220. Covanta (CVA) | A | Dividend | J | T | | | | | |
| 221. Blackrock Liquidity Money Market Fund (cash equivalent) | B | Interest | M | T | Buy | 12/16/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. Citizens Bank Cash Accounts (cash equivalent) | C | Interest | M | T | Buy | 02/21/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Zouhary, Jack** | 1/8/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Names with asterisks are common stocks and ETFs.

Trust #1 (Lines 1-51) contains Aggregate Ownership Arrangement in which ▩▩▩▩ is a trustee of family trusts.

Deletions from 2018 Financial Disclosure Report

Trust #1
This is ▩▩▩▩ family trust and has been split into two separate trusts (Trust A and Trust B). The deletions noted below are assets of Trust B. ▩▩▩▩
I (we have no dependents) receive no income, nor do we have a beneficial interest in the principal or income in Trust B. Therefore, there are no reportable assets for Trust B.
Deleted: Lines 3, 6-8, 10, 13, 18-19, 21, 24, 26-27, 29-30, 32-35, 37, 40-41, 43-45, 47-49, 52, 58, 64-65, 71, 73, 76, 78-81, 84-88, 93-94 100-01, 104, 106-107, 109, 112-14

Transfer from acqusition made jointly or by spouse to Trust #1
2018 FDR Line 230
Cedar Fair (now Line 50)

Additions to 2019 Financial Disclosure Report

Lines 46-47, 49
Acqusitions to Trust #1

Line 48 / WABTEC
Spinoff from 2018 FDR Line 5 / General Electric (2019 FDR Line 4)

Line 51
Invesco Loan ETF (BKLN)
Listed on 2018 FDR Line 275, but inadvertently not also listed in Trust #1

Line 105
Acquisition made to IRA #4

Lines 123-29
Disclosure of specific investments in variable annuity.

Lines 221-22
Acquisitions made jointly or by spouse

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Jack Zouhary**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544